IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>PETER A. RADICE,<br><br>   Defendant. | ) <br>) Case No.<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## COMPLAINT

The United States of America, by and through its undersigned counsel, complains and alleges as follows:

1. The United States brings this action to reduce to judgment unpaid federal income taxes owed by Peter A. Radice.

2. This action has been authorized and requested by the Chief Counsel of the Internal Revenue Service, a delegate of the Secretary of the Treasury of the United States, and is brought at the direction of the Attorney General of the United States, pursuant to 26 U.S.C. § 7401.

### JURISDICTION AND VENUE

3. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1340 and 1345 and 26 U.S.C. § 7402(a).

4. Pursuant to 28 U.S.C. §§ 1391(b) and 1396, venue is proper in this Court because Peter A. Radice resides in Tampa, Florida.

## DEFENDANT

5. Defendant Peter A. Radice resides in Tampa, Florida. Radice owes unpaid federal income tax liabilities for the 2003 through 2006, 2008, 2009, and 2011 tax years.

## REDUCE TO JUDGMENT THE 2003 THROUGH 2006, 2008, 2009, AND 2011 FEDERAL INCOME TAX LIABILITIES OF PETER A. RADICE

6. Radice failed to timely file federal income tax returns for the 2003, 2004, 2008, and 2009 tax years. Consequently, the IRS calculated Radice's tax liabilities and, in accordance with its notice of deficiency procedures, assessed his federal income tax liabilities for the 2003, 2004, 2008, and 2009 tax years on the dates and in the amounts indicated in the table below. Radice belatedly submitted Forms 1040, and the IRS abated part of his liabilities for the 2003 tax year.

| Tax Year | Assessment Date | Tax | Interest | Penalties |
| --- | --- | --- | --- | --- |
| 2003 | 12/25/2006 | $319,023.00 | $58,516.42 | $18,597.37*<br>$43,4269.65**<br>$1,973.00*** |
| -- | 11/3/2014 | -- | $48,244.68 | -- |
| -- | 11/5/2007 | -$180,554.00 | -$29,972.16 | -$22,765.90** |
| 2004 | 12/25/2006 | $71,388.00 | $3,321.94 | $5,079.15*<br>$2,370.27**<br>$498.00*** |
| -- | 11/5/2007 | $106,756.00 | -- | $24,019.65*<br>$23,495.33**<br>$629.00*** |
| -- | 11/3/2014 | -- | $97,376.21 | -- |

2

| Tax Year | Assessment Date | Tax | Interest | Penalties |
|---|---|---|---|---|
| 2008 | 6/18/2012 | $185,964.00 | $20,687.77 | $30,493.80*<br>$26,427.96**<br>$4,175.32*** |
| -- | 11/3/2014 | -- | $16,060.48 | $7,454.04** |
| 2009 | 6/18/2012 | $94,703.00 | $9,340.57 | $21,307.95*<br>$12,784.90**<br>$2,267.39*** |
| -- | 11/3/2014 | -- | $10,375.64 | $10,890.85** |

    \*      late filing penalty - IRC § 6651(a)
    \*\*    failure to pay penalty - IRC § 6651(a)(2)
    \*\*\*   estimated tax penalty - IRC § 6654(a)

7.    Radice late-filed federal income tax returns for the 2005, 2006, and 2011 tax years but did not pay the tax he reported in full. On the dates and in the amounts indicated in the table below, a delegate of the Secretary of the Treasury assessed against Radice the income tax he reported on his returns, plus applicable penalties and interest:

| Tax Year | Assessment Date | Tax | Interest | Penalties |
|---|---|---|---|---|
| 2005 | 4/30/2007 | $74,529.00 | $2,976.98 | $6,464.47*<br>$1,867.51**<br>$949.15*** |
| -- | 8/2/2010 | -- | -- | $5,065.23** |
| -- | 11/3/2014 | -- | $13,214.71 | -- |
| 2006 | 9/3/2007 | $136,929.00 | $3,284.89 | $15,966.72*<br>$2,217.60**<br>$1,778.00*** |
| -- | 8/2/2010 | -- | -- | $19,958.40** |
| -- | 11/3/2014 | -- | $40,408.35 | -- |

| 2011 | 2/8/2013 | $63,219.00 | $1,319.03 | $9,441.45*<br>$2,307.91**<br>$784.00*** |
| --- | --- | --- | --- | --- |
| -- | 11/3/2014 | -- | $2,993.08 | $4,196.20 |

\*    late filing penalty - IRC § 6651(a)
\*\*   failure to pay penalty - IRC § 6651(a)(2)
\*\*\*  estimated tax penalty - IRC § 6654(a)

8.     A delegate of the Secretary of the Treasury properly gave written notice of the unpaid tax liabilities described in paragraphs 6 and 7, above, to the Defendant Peter A. Radice, and made demand for payment.

9.     Despite notice of assessment and demand for payment, Radice has refused or neglected to pay all of the assessed liabilities for taxes, or the interest and penalties that have accrued on those taxes.

10.    On June 12, 2015, Radice filed a bankruptcy petition under Chapter 11 of the Bankruptcy Code. *See In re Peter A. Radice,* Bankruptcy Case No. 8:15-bk-6166 (Bankr. M.D. Fla.).

11.    On February 26, 2016, Radice filed an adversary proceeding against the United States alleging that his income tax liabilities for tax years 2003 through 2006, 2008, 2009, and 2011 were dischargeable. *See Peter A. Radice v. United States,* Adv. Case No. 16-163 (Bankr. M.D. Fla.). Subsequently, the parties settled Radice's federal income tax liabilities for tax years 2003 through 2006, 2008, 2009, and 2011, and on August 28, 2017, the Bankruptcy Court granted the parties' Joint Motion for Entry of Consent Judgment. *See Radice,* Adv. Case No. 16-163, ECF No. 47. The consent judgment provides that Radice's federal income tax liabilities and interest thereon (but not penalties) for tax years 2003 through 2006, 2008, 2009, and 2011 were excepted from discharge. *See id.*

12. As of January 31, 2018, Radice owes $891,709.28 to the United States for unpaid federal income taxes, plus associated interest, for the 2003 through 2006, 2008, 2009, and 2011 tax years. Interest on the unpaid taxes continues to accrue after February 28, 2018 pursuant to law until paid.

## EXTENSION OF THE STATUTE OF LIMITATIONS

13. The United States generally has ten years from the date of assessment to bring a proceeding in court to collect unpaid tax. 26 U.S.C. § 6502.

14. Pursuant to 26 U.S.C. § 6503(h)(2), however, the period of limitations is suspended for the period during which the IRS is prohibited from collecting under Title 11 of the United States Code and for 6 months thereafter.

15. Radice filed his petition for bankruptcy on June 12, 2015. (*In re Peter A. Radice*, 8:15-bk-06166 at ECF No. 1.) Radice's Chapter 11 plan was confirmed on August 17, 2016.

16. Because the automatic stay remains in effect during the pendency of Radice's Chapter 11 plan, the statute of limitations remains tolled and this action is timely. *Id.* at ECF No. 103, p. 2-3. The automatic stay has been lifted to permit the United States to bring the present action. *Id.* at ECF No. 140.

WHEREFORE, Plaintiff, United States of America, prays for the following relief:

A. That this Court enter judgment in favor of the United States, and against Peter A. Radice, for his unpaid federal income tax liabilities for the 2003 through 2006, 2008, 2009, and 2011 tax years in the amount of $891,709.28, as of January 31, 2018, plus interest from that date as allowed by law, to the date of payment; and

B. That this Court grant such other and further relief as is just and proper, including its costs of this action.

Dated: February 12, 2018

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General
Tax Division

By: s/ Elizabeth N. Duncan
ELIZABETH N. DUNCAN
Virginia State Bar No. 90685
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 14198
Washington, D.C. 20044
202-514-6546 – Phone
202-514-4963 – Fax
Elizabeth.N.Duncan@usdoj.gov
Attorney for the United States

Of Counsel:

MARIA CHAPA LOPEZ
Interim United States Attorney

JS 44 (Rev. 11/15)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
United States of America

### DEFENDANTS
Peter A. Radice

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Hillsborough
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Elizabeth N. Duncan, Trial Attorney, U.S. Department of Justice
P.O. Box 14198 Washington, D.C. 20044

Attorneys *(If Known)*
Daniel Fogarty and Amanda Smith
Stichter Riedel Blain & Postler, P.A.

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☒ 1  U.S. Government Plaintiff
- ☐ 2  U.S. Government Defendant
- ☐ 3  Federal Question *(U.S. Government Not a Party)*
- ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☒ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Sections 7401 and 7402 of Title 26 (Internal Revenue Code)

Brief description of cause:
Suit to reduce federal income tax liabilities to judgment

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.
**DEMAND $** 891,709.28
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____   DOCKET NUMBER _____

DATE 02/12/2018   SIGNATURE OF ATTORNEY OF RECORD  /s/

**FOR OFFICE USE ONLY**

RECEIPT # ____   AMOUNT ____   APPLYING IFP ____   JUDGE ____   MAG. JUDGE ____

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

## Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I.(a) **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.
 (b) **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)
 (c) **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II. **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

III. **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV. **Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerk(s) in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

V. **Origin.** Place an "X" in one of the six boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

VI. **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553  Brief Description: Unauthorized reception of cable service

VII. **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII. **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.